

# NUMBER 13-18-00538-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A. M., V. M., AND X. X., CHILDREN

On appeal from the 444th District Court of
Cameron County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras, and Benavides**
**Memorandum Opinion by Justice Rodriguez**

Appellant, the Office of the Texas Attorney General, has filed a motion to dismiss this appeal on grounds that the trial court has granted a motion for new trial, therefore there is not a final order from which to appeal. More than ten days have passed, and appellees have not filed a response to the motion to dismiss. See TEX. R. APP. P. 10.3 (a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP.

P. 42.1(a). Appellant's motion to dismiss is granted and the appeal is hereby DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the 1st
day of November, 2018.

2